07 CV 10291

JUDGE LEISURE

**FRIEDMAN & JAMES LLP**
Attorneys for Plaintiff
132 Nassau Street, Suite 900
New York, NY 10038
(212) 233-9385
BF-9219

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

WILLIAM ZOLLER,

                Plaintiff,

-against-

THE CITY OF NEW YORK,

                Defendant.

-----------------------------------------------------------X

**PLAINTIFF DEMANDS**
**A TRIAL BY JURY**

**COMPLAINT**

**SEAMAN'S CASE UNDER**
**THE JONES ACT FOR**
**PERSONAL INJURIES**

**SUITS UNDER SPECIAL RULE FOR SEAMEN TO**
**SUE WITHOUT SECURITY OR PREPAYMENT OF**
**FEES FOR THE ENFORCEMENT OF THE LAWS**
**OF THE UNITED STATES, COMMON AND STAT-**
**UTORY FOR THE PROTECTION OF AND FOR**
**THE HEALTH AND SAFETY OF SEAMEN AT SEA**

Plaintiff WILLIAM ZOLLER, complaining of the defendant THE CITY OF NEW YORK, by his attorneys FRIEDMAN & JAMES LLP, respectfully alleges as follows:

**FIRST COUNT**

1. Upon information and belief, at all times hereinafter mentioned, defendant THE CITY OF NEW YORK was a municipal corporation with offices within the State of New York and City of New York.

2.  At all times and dates hereinafter mentioned, defendant THE CITY OF NEW YORK owned the LAUNCH NO. 5.

3.  At all times hereinafter mentioned, defendant THE CITY OF NEW YORK operated the LAUNCH NO. 5.

4.  At all the times and dates hereinafter mentioned, defendant THE CITY OF NEW YORK controlled the LAUNCH NO. 5.

5.  At all times and dates hereinafter mentioned, the plaintiff was a member of the crew of the LAUNCH NO. 5 and an employee of the defendant.

6.  That on or about November 25, 2004, without any fault on the part of the plaintiff, and wholly and solely by reason of the negligence, recklessness and carelessness of defendant THE CITY OF NEW YORK, its agents, servants and/or employees, and by reason of the unseaworthiness of its vessel, the plaintiff was caused to sustain injuries.

7.  As a result of the foregoing, plaintiff was rendered sick, sore, lame and disabled and sustained severe permanent personal injuries, was and is internally and externally disabled causing him to suffer pain, and for a time he was prevented from attending to his daily labors, thereby losing sums of money which he otherwise would have earned as wages, and has endeavored to be cured of his injuries, and has expended sums of money to maintain himself, and will continue to endure pain and suffering, all to his damage.

8.  By reason of the foregoing, plaintiff has been damaged in the sum of TWO MILLION ($2,000,000.00) DOLLARS.

## SECOND COUNT

9. Plaintiff repeats and realleges each and every allegation of the First Count in this Complaint as if fully set forth at length herein.

10. Plaintiff is entitled to maintenance, cure, and medical expenses for the period that he was disabled and unable to work in the total sum of FIFTY THOUSAND ($50,000.00) DOLLARS.

**WHEREFORE**, plaintiff WILLIAM ZOLLER demands judgment against defendant THE CITY OF NEW YORK in the First Count in the sum of TWO MILLION ($2,000,000.00) DOLLARS; and in the Second Count in the sum of FIFTY THOUSAND ($50,000.00) DOLLARS; together with interest and costs.

Dated: New York, New York
       November 13, 2007

                                    **FRIEDMAN & JAMES LLP**
                                    Attorneys for Plaintiff

                              By:   _/s/ Bernard D. Friedman_
                                    Bernard D. Friedman (BF-9219)
                                    132 Nassau Street, Suite 900
                                    New York, NY  10038
                                    (212) 233-9385
                                    bfriedman@friedmanjames.com