UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

WILLIAM ZOLLER,

                                                Plaintiff,        **NOTICE OF APPEARANCE**

      - against -

THE CITY OF NEW YORK,                                 07 CIV.10291 (PKL)

                                      Defendant.       NYC File No.: 2007-038576

------------------------------------------------------------------------x

To the Clerk of this Court and all parties of records

    Enter my appearance as counsel (Lead Attorney & Attorney to be Noticed) in this case for:

THE CITY OF NEW YORK

    I certify that I am admitted to practice in this Court.

Dated: New York, New York
         January 30, 2008

                                                                Yours, etc.,
                                                               MICHAEL A. CARDOZO
                                                               Corporation Counsel
                                                               Attorney for Defendant
                                                               100 Church Street
                                                                New York, New York 10007
                                                               By: _____

                                                               Anshel David, Esq.
                                                               Assistant Corporation Counsel
                                                               Bar No.: AD4295
                                                               (212) 788-0602
                                                               FAX: (212) 788-8887
                                                               E-MAIL: adavid@law.nyc.gov

TO:     FRIEDMAN & JAMES LLP
          Attorney for Plaintiff
          132 Nassau Street, Suite 900
          New York, New York 10038